01

02

03

04

05

06          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08   SANDRA J. PIERCE,                    )
                                          )   CASE NO. C12-5162-JLR-MAT
09           Plaintiff,                   )
                                          )
10       v.                               )
                                          )   REPORT AND RECOMMENDATION
11   MICHAEL ASTRUE,                      )
     Commissioner of Social Security,     )
12                                        )
             Defendant.                   )
13   _____ )

14          Plaintiff brought this action to seek judicial review of the denial of her applications for

15   Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the

16   Social Security Administration.   The parties have now stipulated that this case should be

17   reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).   (Dkt. 19.)

18          Based on the stipulation of the parties, the Court recommends this case be REVERSED

19   and REMANDED for further administrative proceedings pursuant to sentence four of 42

20   U.S.C. § 405(g).   The parties stipulate that, on remand, the Administrative Law Judge will:

21   (1) further develop the record, reevaluate the medical source opinions of record, with particular

22   attention to the opinions of Drs. Vo, Loomis, and Ugolini, and formulate a new residual

REPORT AND RECOMMENDATION
PAGE -1

01  functional capacity assessment based on this evidence; (2) obtain supplemental vocational

02  expert evidence at step five of the sequential evaluation, if necessary; and (3) make a de novo

03  determination as to disability, and issue a new decision.    Additionally, upon proper

04  application, the Court will consider plaintiff's application for attorney's fees and expenses

05  pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

06          Given the above, the Court recommends that United States District Judge James L.

07  Robart immediately approve this Report and Recommendation and order the case REVERSED

08  and REMANDED for further administrative proceedings.    A proposed order accompanies this

09  Report and Recommendation.

10          DATED this 31st day of July, 2012.

11

12                                                      Mary Alice Theiler

13                                                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2